John E. Bragonje
Nevada Bar No. 9519
Jonathan W. Fountain
Nevada Bar No. 10351
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV  89169
Telephone: 702.949.8200
jbragonje@lrrc.com
jfountain@lrrc.com

*Attorneys for Plaintiff and Counterdefendant
Harlan Stratton and Plaintiff O.E.M. Trailers, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HARLAN STRATTON, an individual; O.E.M. Trailers, LLC. an Arizona limited liability company, inclusive,<br><br>        Plaintiffs,<br><br>vs.<br><br>VINCE WEBB, an individual; TRAILERS INTL, LLC, a Nevada limited liability company; RNO EXHIBITIONS, LLC, a Nevada limited liability company, inclusive,<br><br>        Defendants.<br><br>TRAILERS INTL LLC, a Nevada limited liability company,<br><br>        Counterclaimant,<br><br>vs.<br><br>HARLAN STRATTON, an individual,<br><br>        Counterdefendant. | Case No. 2:16-cv-01565-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF HARLAN STRATTON TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT TRAILERS INTL LLC'S COUNTERCLAIM AND TO EXTEND THE TIME FOR SUBMISSION OF THE PARTIES' PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>(First Request) |

Plaintiff Harlan Stratton and Plaintiff O.E.M. Trailers, LLC (together "Plaintiffs") on the one hand, and Defendants Vince Webb, Trailer Intl LLC, and RNO Exhibitions, LLC (together, "Defendants"), on the other hand, state the following:

    1.    The Complaint in this action was filed on July 1, 2016.  (*See* ECF No. 1.)

    2.    After obtaining an extension of time from Mr. Stratton, Defendant Trailers Intl LLC

served its Answer and Counterclaim on August 16, 2016.  (*See* ECF Nos. 8, 9, 12.)

3. Mr. Stratton's answer or other response to the Counterclaim is presently due on September 9, 2016.

4. The parties' principals are presently engaged in settlement discussions.

5. To facilitate settlement discussions, and not for the purpose of creating any unnecessary delay in these proceedings, the parties agree to extend the deadline for Mr. Stratton to serve his Answer to the Counterclaim by thirty (30) days, from September 9, 2016 to October 9, 2016.

6. In addition, pursuant to LR 26-1, the parties have thirty (30) days "after the first defendant answers or otherwise appears" to conduct a Fed. R. Civ. P. 26(f) discovery planning conference, and fourteen days thereafter to submit a proposed discovery plan and scheduling order. *Id*.; Fed. R. Civ. P. 26(f)(2).  The Defendants appeared on August 16, 2016 when they filed their answers. (*See* ECF Nos. 10-12.)  Under the federal and local rules, the parties have until September 15, 2016 to conduct a Rule 26(f) discovery planning conference and until September 29, 2016 to file a proposed discovery plan and scheduling order.

7. To further facilitate settlement discussions, and not for the purpose of creating any unnecessary delay in these proceedings, the parties agree to extend the present deadline for conducting a Rule 26(f) discovery planning conference by thirty (30) days, from September 15, 2016 to October 15, 2016, and extend the deadline for submission of a Rule 26(f) report and proposed discovery plan and scheduling order by thirty (30) days, from September 29, 2016 to October 31, 2016.

**IT IS SO AGREED AND STIPULATED:**

| LEWIS ROCA ROTHGERBER CHRISTIE LLP | FENNEMORE CRAIG, P.C. |
|---|---|
| By: /s/ Jonathan W. Fountain<br>John E. Bragonje<br>Nevada Bar No. 9519<br>Jonathan W. Fountain<br>Nevada Bar No. 10351<br>3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, NV  89169<br>Telephone: 702.949.8200 | By: /s/ Leslie Bryan Hart<br>Leslie Bryan Hart<br>Nevada Bar No. 4932<br>A. J. Hames<br>Nevada Bar No. 13498<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501 |

1  jbragonje@lrrc.com
   jfountain@lrrc.com

2

3  *Attorneys for Plaintiff and Counterdefendant Harlan Stratton and Plaintiff O.E.M. Trailers, LLC*

4

   Telephone: 775.788.2228
   lhart@fclaw.com
   ahames@fclaw.com

   JONCUS LAW LLC
   Steve Joncus, Esq.
   (*Pro Hac Vice* Application to be Submitted)
   P.O. Box 838
   Clackamas, OR 97015
   Telephone: 971.236.1200
   steve@joncus.net

   *Attorneys for Defendants Vince Webb and RNO Exhibitions, LLC and Defendant and Counterclaimant Trailers Intl LLC*

**IT IS SO ORDERED:**

*/s/ George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

DATED: September 12, 2016

-3-

# CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2016, I caused a true and accurate copy of the foregoing document entitled, STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF HARLAN STRATTON TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT TRAILERS INTL LLC'S COUNTERCLAIM AND TO EXTEND THE TIME FOR SUBMISSION OF THE PARTIES' PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER (First Request), to be filed with the Clerk of the Court via the Court's CM/ECF system, which will send/sent an electronic copy of the same to the following counsel of record:

Leslie Bryan Hart
A. J. Hames
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
lhart@fclaw.com
ahames@fclaw.com

JONCUS LAW LLC
Steve Joncus
P.O. Box 838
Clackamas, OR 97015
steve@joncus.net

*Attorneys for Defendants Vince Webb and RNO Exhibitions, LLC and Defendant and Counterclaimant Trailers Intl LLC*

Dated: this 8th day of September, 2016.

                                               /s/ Jonathan W. Fountain
                                         An employee of Lewis Roca Rothgerber Christie LLP