John E. Bragonje
Nevada Bar No. 9519
Jonathan W. Fountain
Nevada Bar No. 10351
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Telephone: 702.949.8200
jbragonje@lrrc.com
jfountain@lrrc.com

*Attorneys for Plaintiff and Counterdefendant
Harlan Stratton and Plaintiff O.E.M. Trailers, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HARLAN STRATTON, an individual; O.E.M. Trailers, LLC. an Arizona limited liability company, inclusive,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>VINCE WEBB, an individual; TRAILERS INTL, LLC, a Nevada limited liability company; RNO EXHIBITIONS, LLC, a Nevada limited liability company, inclusive,<br><br>　　　　　Defendants.<br>_____<br><br>TRAILERS INTL LLC, a Nevada limited liability company,<br><br>　　　　　Counterclaimant,<br><br>　vs.<br><br>HARLAN STRATTON, an individual,<br><br>　　　　　Counterdefendant. | Case No. 2:16-cv-01565-JAD-GWF<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

　　　John E. Bragonje of Lewis Roca Rothgerber Christie LLP, counsel for Plaintiff and Counter-defendant Harlan Stratton and Plaintiff O.E.M. Trailers, LLC, and Leslie Bryan Hart of Fennemore Craig, P.C. and Stephen Joncus of Joncus Law LLC, counsel for Defendants Vince Webb, Trailers Intl, LLC, and RNO Exhibitions, LLC and Counter-plaintiff Vince Webb, hereby

100634961_1

1  stipulate that the parties have entered into a separate settlement agreement and stipulate that all
2  claims asserted in the above-captioned matter are hereby dismissed with prejudice, each party to
3  bear his or her own respective attorney fees and costs.
4  Dated: this 1st day of March, 2017.

**LEWIS ROCA ROTHGERBER CHRISTIE, LLP**  **FENNEMORE CRAIG, P.C.**

By: */s/ John E. Bragonje*
John E. Bragonje
Nevada Bar No. 9519
Jonathan W. Fountain
Nevada Bar No. 10351
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV  89169
Telephone: 702.949.8200
jbragonje@lrrc.com
jfountain@lrrc.com

*Attorneys for Plaintiff and Counter-defendant Harlan Stratton and Plaintiff O.E.M. Trailers, LLC*

By: */s/ Leslie Bryan Hart*
Leslie Bryan Hart, Esq.
State Bar No. 4932
A. J. Hames, Esq.
State Bar No. 13498
300 E. Second St., Suite 1510
Reno, Nevada 89501
Telephone: 775.788.2228
lhart@fclaw.com;
ahames@fclaw.com

Stephen Joncus, Esq. (*Pro Hac Vice*)
JONCUS LAW LLC
P.O. Box 838
Clackamas, OR 97015
Telephone: 971.236.1200
steve@joncus.net

*Attorneys for Defendants Vince Webb, Trailers Intl, LLC, and RNO Exhibitions, LLC and Counter-Plaintiff Vince Webb*

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.

Dated: March 1, 2017,

_____
UNITED STATES DISTRICT JUDGE